### EDMONDSON *vs.* THE STATE OF GEORGIA.

This case is covered by the cases of *Ward et al. vs. The State,* and is decided as they were.

JACKSON, Justice.

---

### ASKEW, executor, *vs.* CARSWELL, executor, *et al.*

One creditor of the common debtor has no right to be made a party to another creditor's suit, or to intervene in it at any stage of its progress, the suit being an ordinary action at law for the recovery of a debt.

BLECKLEY, Justice.

---

### SHORTER *et al. vs.* NAGLE *et al.*

This case is controlled by the principle of the decision of this court in the case of *Wright et al. vs. Nagle et al.,* between the same parties, reported in 48 *Ga.,* 367, and in 58 *Ga.,* 606.

JACKSON, Justice.

---

### HUNT *vs.* JUHAN.

Where an administrator's bond was executed prior to 1868, though a *devastavit* did not occur until after that date, the homestead of a security was subject to an execution under the judgment of *devastavit.* The date of the bond governs, not that of its breach. See 61 *Ga.,* 395; 54 *Ib.,* 551.

WARNER, Chief Justice.